UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARVIND MIKE VIRA | CIVIL ACTION |
| VERSUS | NO. 17-5858 c/w<br>17-6211 |
| S&R DEVELOPMENT, INC. | SECTION "F"(2) |

## **ORDER**

The Court, having considered the Report and Recommendation of the United States Magistrate Judge and the Objections filed by the parties, if any, hereby adopts the Report and Recommendation as its Order as follows:

IT IS ORDERED that the motion of S&R Development, Inc. to enforce judgment and for sanctions, Record Doc. No. 49, is DISMISSED AS MOOT IN PART and DENIED IN PART as detailed in the adopted Report and Recommendation.

The judgment remains in full force and effect and may be enforced by appropriate means by filing a future motion, if necessary.

New Orleans, Louisiana, this 15th day of      June     , 2020.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE